**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>          Plaintiff(s),<br>     v.<br><br>DOMINIC CHIRCO, Trustee of Dominic Chirco 1994 Revocable Trust,<br><br>          Defendant(s). | CASE NO. 5:13-cv-00443 EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTING PLAINTIFF TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Having reviewed Plaintiff's statement filed March 27, 2014 (see Docket Item No. 17), the court has determined a show cause hearing is inappropriate under the circumstances. Accordingly, the Order to Show Cause re: Settlement (Docket Item No. 16) is DISCHARGED and the corresponding hearing for April 4, 2014, is VACATED.

Plaintiff shall instead file a Motion to Enforce the Settlement Agreement on or before **April 18, 2014.** Such motion shall be noticed for a hearing at **10:00 a.m. on May 30, 2014.**

**IT IS SO ORDERED.**

Dated: April 1, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-00443 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTING PLAINTIFF TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT