IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING, | CASE NO. 5:13-cv-00443 EJD |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFF TO FILE SEALING MOTION** |
| v. | |
| DOMINIC CHIRCO, et. al., | |
| Defendant(s). | |

Currently pending in the above-entitled action is Plaintiff's motion to enforce a settlement agreement, which, according to Plaintiff's counsel, contains a confidentiality clause. See Docket Item Nos. 21, 22. For this reason, Plaintiff did not attach to the motion either his proposed settlement agreement or the agreement signed by the parties subsequent to the mediation on November 18, 2013.

However, the court must review these documents in order to properly consider Plaintiff's enforcement motion and wishes to do so before any hearing on that issue. Accordingly, on or before **May 21, 2014**, Plaintiff shall file a motion to seal both (1) the proposed settlement agreement and (2) the agreement signed by the parties subsequent to the November mediation. Plaintiff is advised that the motion to seal must comply with Civil Local Rule 79-5(d) and must contain all of the attachments required by that rule.

In light of this order and considering the lack of written opposition to the enforcement motion, the hearing scheduled for May 23, 2014, is VACATED and will be reset by the court if necessary.

**IT IS SO ORDERED.**

Dated: May 16, 2014

EDWARD J. DAVILA
United States District Judge

Case No. 5:13-cv-00443 EJD
ORDER DIRECTING PLAINTIFF TO FILE SEALING MOTION

1