IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING, | CASE NO. 5:13-cv-00443 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| DOMINIC CHIRCO, et. al., | |
| Defendant(s). | |

As stated on the record at the hearing on July 18, 2014, the hearing on Order to Show Cause issued May 21, 2014 (see Docket Item No. 27), is CONTINUED subject to the following orders:

1. IT IS ORDERED that Defendant Dominic Chirco, Trustee of the Dominic Chirco 1994 Revocable Trust ("Defendant"), shall make a payment of $50,000 to Plaintiff in accordance with the Settlement Agreement executed on November 18, 2013, on or before **5:00 p.m. on July 24, 2014.**

2. IT IS FURTHER ORDERED that, should Defendant fail to make payment as ordered above, he and his counsel of record shall personally appear before the Honorable Edward J. Davila at **10:00 a.m. on July 25, 2014**, in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including ongoing monetary sanctions, for failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: July 18, 2014

EDWARD J. DAVILA
United States District Judge