IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>　　　　　Plaintiff(s),<br>　v.<br>DOMINIC CHIRCO, et. al.,<br><br>　　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　／ | CASE NO. 5:13-cv-00443 EJD<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS CONFERENCE STATEMENT** |

In preparation for the Status Conference on September 19, 2014, the parties shall file a brief Joint Status Conference Statement on or before **12:00 p.m. on September 17, 2014,** which indicates whether or not payment to Plaintiff has been made according to the terms of the settlement agreement. If payment has been made, the parties shall further indicate whether or not this case should be dismissed. If payment has not been made, the parties shall instead explain why payment has not yet occurred.

**IT IS SO ORDERED.**

Dated:  September 15, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

CASE NO. 5:13-cv-00443 EJD
ORDER DIRECTING PARTIES TO FILE JOINT STATUS CONFERENCE STATEMENT