IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING, | CASE NO. 5:13-cv-00443 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE; DIRECTING PLAINTIFF TO SUBMIT PROPOSED JUDGMENT** |
| v. | |
| DOMINIC CHIRCO, et. al., | |
| Defendant(s). | |

Having reviewed the parties' joint statement filed on September 17, 2014 (Docket Item No. 37), the court has determined that a Status Conference is unnecessary at this time. Indeed, it is apparent the court cannot offer further assistance in securing the payment due under the settlement agreement.

Accordingly, the Status Conference scheduled for September 19, 2014, is VACATED. On or before **September 24, 2014**, Plaintiff shall submit a proposed judgment in an amount consistent with the terms of the settlement agreement for issuance by the court.

**IT IS SO ORDERED.**

Dated: September 17, 2014

EDWARD J. DAVILA
United States District Judge